UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
21-10208-NMG

UNITED STATES OF AMERICA

v.

EMIL DZABIEV

**INITIAL SCHEDULING ORDER**

September 13, 2021

DEIN, M.J.

The above named defendant has been arraigned before this court on **September 13, 2021**, and has elected to proceed under the automatic discovery rules.  Accordingly, the parties shall comply with their discovery obligations set forth in the Local Rules, D. Mass. ("LR") 116.1 through 116.4.  Furthermore, it is HEREBY ORDERED that:

1.  The date for the completion of Automatic Discovery under LR 116.1(c) and for the disclosure of exculpatory evidence under LR 116.2(b)(1) is **September 28, 2021**.  The parties are reminded of their obligation under LR 116.1(c) to notify the court as soon as practicable of any issues that require an alternative discovery schedule.

2.  The Initial Status Conference will be held on **November 22, 2021 at 10:00 AM**.[1] The Joint Memorandum addressing those items set forth in LR 116.5(a) shall be filed on or before the close of business on **November 19, 2021**.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

---

[1]  Defendants are not required to be present at the Initial Status Conference.  Inasmuch as this court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Fed. R. Crim. P. 43, defendants in custody will not be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference.  See Fed. R. Crim. P. 43(c)(3).