FD-302 (Rev. 5-8-10)

FEDERAL BUREAU OF INVESTIGATION



Date of entry    01/13/2021

On January 6, 2021, physical surveillance was conducted on JAMES HOLYOKE in reference to a controlled purchase of one pound of methamphetamine. The surveillance was conducted by SA Maria Classon, TFO Adam Lord, TFO James Connolly, TFO Bryan Marks, SA Ryan Poulin, TFO Damon Reinold, TFO Michael Muolo, TFO Joseph Gilroy, SA Albert Fonseca, SA Garrett Hassett, and SA Louis Rodriguez.

The following observations were made during surveillance (all times are approximate):

4:19 PM Units arrived at the Home2 Suites by Hilton, located at 944 Douglas Pike, Smithfield, Rhode Island. James Holyoke's 2019 black Nissan Altima, bearing MA REG 1ZAP74, was parked in the first parking spot on the right as you enter the lot. The vehicle was unoccupied (Lord)

4:26 PM Holyoke pulled into the lot operating a 2020 Chevrolet Camaro, bearing Rhode Island Temporary REG 055406. Holyoke parked the Camaro a few parking spots to the left of his Altima and exited. The front seat passenger also exited and was identified as RESHAT ALKAYISI. The two appeared to say goodbye to each other and Alkayisi entered the driver's seat of the Camaro (Lord)

Holyoke then entered the driver's seat of his Nissan Altima and moved the vehicle a short distance away to the front door to the hotel.  Holyoke retrieved a black backpack from the trunk of his vehicle and entered the hotel (Lord)

Alkayisi then left the lot operating the Camaro (Lord)

The following units surveilled HOLYOKE: TFO Adam Lord, TFO Damon Reinold, SA

Investigation on  01/06/2021  at  Boston, Massachusetts, United States (In Person)

File #                                                                              Date drafted  01/12/2021

by  CLASSON MARIA

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

EXHIBIT 2 - PAGE 1                                              USAO-007039

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of ▮▮▮▮▮▮▮▮▮▮ (U) 1/6/21 Surveillance on HOLYOKE and ALKAYISI , On 01/06/2021 , Page 2 of 4

Maria Classon, TFO Michael Muolo, TFO Bryan Marks, SA Ryan Poulin, SA Albert Fonseca, and SA Louis Rodriguez. The following units surveilled ALKAYISI: TFO James Connolly, SA Ryan Poulin, SA Garrett Hassett, TFO Bryan Marks, and TFO Joseph Gilroy

HOLYOKE Surveillance:

4:33 PM Exited the hotel carrying a black backpack and entered his Nissan Altima before moving the vehicle to the right side of the hotel and parked for approximately four minutes (Reinold)

4:37 PM Exited parking lot (Lord, Reinold)

4:41 PM Traveling on I-295 North (Lord)

4:42 PM Exit 18B / 146 North (Lord)

4:54 PM Parked in Walmart parking lot, located at 7 Dowling Village Blvd, North Smithfield, Rhode Island (Lord, Rodriguez, Reinold)

5:18 PM Exited Walmart and placed shopping bags inside of the trunk of Altima before leaving the parking lot (Rodriguez)

5:40 PM Right on Route 7 (Lord)

5:42 PM Arrived back at Home2 Suites (Lord)

5:46 PM Entered the hotel carrying shopping bags (Lord)

6:14 PM Holyoke and a second male exited the hotel. The two subjects were talking as they exited and split up to walk to their separate vehicles. Holyoke entered his Altima and the second male, who was wearing a red jacket, entered a dark colored BMW sedan, bearing MA REG 9RM382. Both vehicles exited the lot (Lord)

6:17 PM Holyoke left hotel and drove to the deal location, ▮▮▮▮▮▮▮▮ ▮▮▮▮▮ Boston (Reinold, Lord, Rodriguez)

7:23 PM Holyoke arrived in his vehicle and made contact with CHS (Classon, Moulo)

EXHIBIT 2 - PAGE 2    USAO-007040

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of ▮▮▮▮▮▮ (U) 1/6/21 Surveillance on HOLYOKE and ALKAYISI , On 01/06/2021 , Page 3 of 4

7:53 PM Holyoke observed walking to his vehicle (Classon, Muolo)

7:56 PM Holyoke left area (Rodriguez)

Surveillance terminated.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

ALKAYISI Surveillance:

4:29 PM Entered I-295 North (Connolly)

4:33 PM Took exit 20, Cumberland Rhode Island (Poulin)

4:35 PM Traveling on Route 123, turned right into UPS Store at 2130 Mendon Road, Cumberland, RI (Poulin)

4:40 PM Exited UPS Store with a large box and placed it in the trunk (Poulin)

4:43 PM Departed area (Poulin, Connolly)

4:47 PM Entered drive up ATM – Chase ATM, 1800 Cumberland, RI (Poulin)

4:54 PM Departed parking lot and drove towards I-495 (Connolly)

4:58 PM Traveling on I-495 North, entering Massachusetts (Poulin, Connolly)

5:00 PM Exited towards I-95 North (Poulin, Connolly)

5:20 PM Entered I-93 North (Poulin, Connolly)

5:35 PM Exited I-93 and entered South Bay Plaza (Poulin)

5:36 PM Parked in front row spot in front of Home Depot (Poulin)

5:43 PM Inside Home Depot purchasing what appeared to be paint canvasses (Poulin)

EXHIBIT 2 - PAGE 3    USAO-007041

Continuation of FD-302 of ALKAYISI   (U) 1/6/21 Surveillance on HOLYOKE and   , On 01/06/2021   , Page 4 of 4

5:45 PM Left Home Depot parking lot and parked in front of Old Navy (Hassett)

5:48 PM Left parking lot (Gilroy, Hassett)

5:55 PM Right on Washington and entered Chase Bank parking lot near corner of Traveler - 1050 Washington Street 02118 (Poulin, Gilroy)

5:59 PM Exited vehicle and approached ATM carrying two cell phones, one in each hand (Gilroy)

6:02 PM Exited parking lot and turned right on Harold Street (Gilroy)

6:05 PM Entered I-93 North (Gilroy)

6:17 PM Right on Essex Street off Route 1 (Gilroy, Hassett)

6:18 PM Right into Square One Mall (Hassett, Gilroy)

6:21 PM Walked into mall (Hassett)

6:50 PM Exited mall (Connolly)

6:51 PM Approached a vehicle in the parking lot and handed what appeared to be a piece of paper or an envelope to the driver. The two subjects appeared to have a brief argument. The UNK subject was driving a vehicle with ME REG 137131 (Gilroy, Connolly)

6:54 PM Departed parking lot towards Route 1 (Poulin, Connolly)

7:02 PM Entered I-93 South (Hassett)

7:03 PM Entered I-90 West (Poulin, Hassett)

8:40 PM Arrived at 2114 Plainfield Pike, Greene, RI (Hassett, Gilroy)

Surveillance terminated.

ME REG 137131 - 2015 Hyundai Genesis, registered to Emil Dzabiev, Scarborough, ME

EXHIBIT 2 - PAGE 4   USAO-007042